**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-7561**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

COLLINS KUSI SAKYI, a/k/a CK, a/k/a Kwame Kusi, a/k/a Quan,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:06-cr-00405-LMB-1; 1:08-cv-00321-LMB)

———————

Submitted: January 13, 2009      Decided: January 16, 2009

———————

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Collins Kusi Sakyi, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collins Kusi Sakyi seeks to appeal the district court's order denying his motions for reconsideration of the court's rejection of his motion to supplement or amend his 28 U.S.C. § 2255 (2006) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Sakyi seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED